FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 17 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

GLEN K. SIMPSON,

   Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

NO. CV-07-086-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff. Defendant's Motion for Summary Judgment is **DENIED**.

DATED this 17th day of December, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

by: _____
   Deputy Clerk